**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-40337

INTERNATIONAL BANK OF COMMERCE,

Plaintiff-Appellant,

VERSUS

AMERICAN ARBITRATION ASSOCIATION,

Defendant-Appellee.

Appeal from the United States District Court
For the Southern District of Texas
(B-96-CV-122)
June 5, 1998

Before DUHÉ, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[1]

Affirmed.  See Austin Mun. Securities v. Nat. Assoc. of
Securities, 757 F.2d 676 (5th Cir. 1985); Austern v. Chicago Bd.
Options Exchange, Inc., 898 F.2d 882 (2nd Cir. 1990); Local Rule
47.6.

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.